UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02640-SPG-KES | Date | November 24, 2025 |
| Title | Ali Dehghan v. US Citizenship and Immigration Services et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On December 5, 2024, Petitioner Ali Dehghan ("Petitioner") filed a Petition for a Writ of Mandamus. *See* (ECF No. 1 ("Petition")). In the Petition, Petitioner requests that this Court issue a writ of mandamus to compel Respondents United States Citizenship and Immigration Services, the United States Department of State, and the Consul General of the United States Embassy in Yerevan, Armenia ("Respondents") to adjudicate a visa application. *See* (*id.*). On December 10, 2024, Petitioner filed Proof of Service on Respondents. *See* (ECF No. 7). To date, Respondents have not appeared.

The docket reflects that there has been no activity in this action since December 10, 2024. Therefore, Petitioner is ordered to show cause why this case should not be dismissed for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (courts have inherent power to dismiss a case *sua sponte* for lack of prosecution). Failure to file a response within fourteen (14) calendar days shall be deemed consent to dismissal.

**IT IS SO ORDERED**.

00      00

_____ : _____

Initials of Preparer   pg